

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, N.W.
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500
WWW.ORRICK.COM

January 29, 2016

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

Re: *Del Monte International GmbH v. Del Monte Foods, Inc.*, No. 14-55908

Dear Ms. Dwyer:

I am counsel of record for the Appellee in the above-captioned case. I write in response to your tentative calendar letter issued January 26, 2016, indicating that this case is being considered for the May 2016 oral argument calendar.

In addition to being counsel of record in this case, I am also counsel of record in *Heller Ehrman LLP v. Orrick, Herrington & Sutcliffe LLP*, No. 14-16318, and I will be arguing both cases. On January 28, 2016, I received a tentative calendar letter in that case as well, indicating that it too is being considered for the May 2016 argument calendar. Both cases are quite complex. *Del Monte International GmbH* presents, among other issues, a question of first impression regarding the reach of the Anticybersquatting Consumer Protection Act. *Heller Ehrman LLP* is related to three other cases (Nos. 14-16314, -16315, -16317) and presents a novel question at the intersection of the U.S. Bankruptcy Code and California state partnership law. Given the size and complexity of these cases, I respectfully request that the Court not set them for argument in the same month.

Otherwise, the Court's argument calendars for May, June, and July 2016 do not currently pose any conflicts for me.

Please do not hesitate to contact me if you have any questions. I appreciate your attention to this matter.

Sincerely,

*/s/ Eric A. Shumsky*
Eric A. Shumsky
*Counsel for Appellee*

Cc: Counsel of record (via ECF)