SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
FOUR TIMES SQUARE
NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO

DIRECT DIAL
212-735-3097
DIRECT FAX
917-777-3097
EMAIL ADDRESS
ANTHONY.DREYER@SKADDEN.COM

January 29, 2016

Molly C. Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

RE: *Del Monte International Gmbh v. Del Monte Foods, Inc.* No. 14-55908

Dear Ms. Dwyer:

    I am counsel of record for the Appellants in the above-captioned case. I write in response to your tentative calendar letter issued January 26, 2016, indicating that this case is being considered for the May 2016 oral argument calendar, and also in response to Appellee's letter of January 29, 2016.

    None of the May 2016 calendar dates pose a conflict for Appellant's counsel. In light of Appellee's suggestion that the case be calendared for the June or July calendars, I write to inform the Court of my unavailability on June 7-9 and July 5-6.

    Please do not hesitate to contact me if you have any questions. I appreciate your attention to this matter.

Sincerely,

Anthony J. Dreyer

9th Circuit Case Number(s): 14-55908

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

*******************************************************************************

## CERTIFICATE OF SERVICE
When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) 1/29/2016.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format): s/ Anthony J. Dreyer

*******************************************************************************

## CERTIFICATE OF SERVICE
When Not All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) _____.

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format):